IN THE UNITED STATES DISTRICT COURT
FOR THE __Southern__ DISTRICT OF TEXAS
__Houston__ DIVISION

__George Longoria    T.D.C. #706917__
Plaintiff's name and ID Number

__Bill Clements H.S. T.D.C.J-I.O.__
Place of Confinement

v.

__State of Texas__
Defendant's name and address

B-01-0304   JAN 1 1 2001

United States Courts
Southern District of Texas
FILED

Michael N. Milby, Clerk

CASE NO. __H 01 -0168__
(Clerk will assign the number)

APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, __George Longoria__, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment         Yes☐   No☑
   b. Rent payments, interest or dividends?                Yes☐   No☑
   c. Pensions, annuities or life insurance payments?      Yes☐   No☑
   d. Gifts or inheritances?                               Yes☐   No☑
   e. Family or friends?                                   Yes☑   No☐
   f. Any other sources?                                   Yes☐   No☑

   If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   __My family sent me $40.00__

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
   Yes☐         No☑
   If you answered YES, state the total value of the items owned.

1 of 2

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

        Yes ☐          No ☒

If you answered YES, describe the property and state its approximate value.

_____

_____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the __5th__ day of __January__, ~~19~~ 2001.

__George Lingaria__      #__702917__
Signature of Plaintiff      ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

Revised 6/97

STATE OF TEXAS COUNTY OF **Potter**
ON THIS THE **5** DAY OF **January**, **2001**, I CERTIFY THAT THIS DOCUMENT IS A TRULY [illegible faded text] REGARDING THE [illegible] ACCOUNT [illegible]
[illegible] KEEP FOR END ENTER NEXT [illegible] NUMBER _____ OR OLD NUMBER _____

**ROBBIE L. STONE**
Notary Public, State of Texas
My Commission Expires
July 10, 2004

*Robbie L Stone*