otranpr.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

FEB 6 - 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GEORGE LONGORIA, | § | |
| Petitioner, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION H-01-168 |
| | § | **B-01-030** |
| | § | |
| GARY JOHNSON, | § | |
| Respondent. | § | |
| | § | |

### TRANSFER ORDER

The petitioner, an inmate at the TDCJ-ID Clements Unit located
in the Amarillo Division of the Northern District of Texas, filed
this action seeking habeas relief pursuant to 28 U.S.C. § 2254.  He
challenges a conviction in Willacy County, Texas.  Willacy County
is located in the Brownsville Division of the Southern District of
Texas.

Under 28 U.S.C. § 2241(d), a petition for a writ of habeas
corpus may be considered in the district where the state court
which convicted and sentenced the petitioner is located or in the
district where the petitioner is incarcerated.  Section 2241(d)
governs jurisdiction; however, it has been considered to have
implications concerning venue between divisions within a district.
See Mitchell v. Henderson, 432 F.2d 435, 436 (5th Cir. 1970); see
also 28 U.S.C. § 1404(a).

#3

It is ORDERED that the Clerk of this court will transfer this application for writ of habeas corpus to the Clerk of the Southern District of Texas, Brownsville Division.

The application to proceed *in forma pauperis* (Docket Entry 2) is DENIED subject to reconsideration after the transfer.

Signed at Houston, Texas, on ___FEBRUARY 5_____, 2001.

SIM LAKE
UNITED STATES DISTRICT JUDGE

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk
By_____
Deputy Clerk

2