4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED

FEB 2 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GEORGE LONGORIA | § | |
|    Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-030 |
| | § | |
| STATE OF TEXAS, | § | |
|    Respondent. | § | |

## O R D E R

Petitioner, George Longoria, has filed a Petition for Writ of Habeas Corpus pursuant to Title 28, U.S.C. § 2254. Petitioner will be allowed to proceed in Forma Pauperis. The State of Texas is hereby ordered to file a response by April 24, 2001.

DONE at Brownsville, Texas, this 23rd day of February, 2001.

John Wm. Black
United States Magistrate Judge

ClibPDF - www.fastio.com