5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 26 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GEORGE LONGORIA, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | Civil Action No. B-01-030 |
| | § | |
| GARY L. JOHNSON, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE, | § | |
| INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

**RESPONDENT JOHNSON'S FIRST MOTION FOR EXTENSION OF TIME
WITH BRIEF IN SUPPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES respondent Gary L. Johnson, Director of the Texas Department of Criminal Justice, Institutional Division, ("the Director"), by and through the Attorney General of Texas, and files this First Motion for Extension of Time with Brief in Support. In support thereof, the Director would respectfully show the court as follows:

**I.**

This is a habeas corpus case brought by a Texas state prisoner under 28 U.S.C. §§ 2241, 2254. By order of this court entered February 26, 2001, the Director was ordered to file a response by April 24, 2001. Therefore, the instant motion is timely filed. FED. R. CIV. P. 6.

**II.**

The petitioner, George Longoria, ("Longoria"), has filed a petition challenging his conviction for murder. Fed. Writ Petition at 16. While the undersigned has ordered and received Longoria's state court records, the undersigned has not had an opportunity to review those records and determine an appropriate response to Longoria's allegations presented in his federal writ petition. Therefore, additional time is necessary.

Accordingly, the Director respectfully requests a forty-five day extension in which the undersigned attorney can review Longoria's records; coordinate her duty in this case with other matters due within that time period; and draft an appropriate response to Longoria's federal habeas claims.

### III.

WHEREFORE, PREMISES CONSIDERED, the Director respectfully moves this court for an extension of time of forty-five days from April 24, 2001, up to and including June 8, 2001, within which to file a responsive pleading to this petition for federal writ of habeas corpus.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

MICHAEL T. McCAUL
Deputy Attorney General
  for Criminal Justice

S. MICHAEL BOZARTH
Assistant Attorney General
Chief, Habeas Corpus Division

*Attorney in Charge

DENISE A. VILLARREAL*
Assistant Attorney General
State Bar No. 24008212
Southern Dist. No. 25314

2

P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 936-1400
(512) 936-1280 (Fax)

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF CONFERENCE

I, Denise A. Villarreal, Assistant Attorney General of Texas, do hereby certify that a conference is not possible because petitioner is presently incarcerated in the Institutional Division of the Texas Department of Criminal Justice, and is proceeding *pro se* in this cause. Respondent assumes that petitioner opposes this pleading.

_____
DENISE A. VILLARREAL
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, Denise A. Villarreal, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Respondent Johnson's First Motion for Extension of Time with Brief in Support has been served by placing same in the United States mail, postage prepaid, on this the 24th day of April, 2001, addressed to:

George Longoria
TDCJ-ID No. 702917
Clements Unit
9601 Spur 591
Amarillo, TX 79107-9606

_____
DENISE A. VILLARREAL
Assistant Attorney General

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GEORGE LONGORIA, | § | |
|     Petitioner, | § | |
| | § | |
| V. | § | Civil Action No. B-01-030 |
| | § | |
| GARY L. JOHNSON, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE, | § | |
| INSTITUTIONAL DIVISION, | § | |
|     Respondent. | § | |

## ORDER TO EXTEND TIME

Came on this day to be heard Respondent Johnson's First Motion for Extension of Time with Brief in Support, and this court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is hereby ORDERED that Respondent Johnson's First Motion for Extension of Time be **GRANTED**, and that the Respondent's time for filing a response to the habeas petition is hereby extended for a period of forty-five days, up to and including June 8, 2001.

It is so ORDERED.

SIGNED on this the _____ day of _____, 2001.

_____
JUDGE PRESIDING