8

GEORGE LONGORIA,
(Petitioner)

VS.

GARY L. JOHNSON and
THE STATE OF TEXAS,
(Respondents).

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 2 2001

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-01-030

## PETITIONER'S WRITTEN OBJECTION TO MAGISTRATES RECOMMENDATION

Petitioner George Longoria files this written objection to magistrates Recommendation filed on the 27th of August in the above and styled cause number. Petitioner will show the Court as following....

### I.
### JURISDICTION AND VENUE

Petitioner is a Petitioner Serving a 94-year sentence for the offense of murder, at the William P. Clements unit of THE Texas Department of Criminal Justice Institutional Division. Petitioner has a federal writ pending in this Court Pending.

### II.
### GROUNDS OF ERROR

Petitioner raises the following issues in the Petition §2254:

1) The trial court erred in denying a motion for recusal of the trial Judge.
2) The trial Court erred in failing to refer the motion to recuse.
3) The trial Court erred in excluding evidence.
4) Trial Counsel was ineffective.
5) Juror misconduct.

### III.
### STATEMENT OF THE FACTS

Petitioner's Federal Writ §2254 was signed and filed on January 5, 2101 of which ordered the Attorney General (Respondent) to file an answer to the allegations of the Case. Respondent filed a motion to dismiss as time-barred prior to the AEDPA Law, of which law is Re-Troactive in and itself. Motion itself does not respond to the allegations of the Case itself, and the illegal confinement, that is being upheld upon petitioner. Petitioner, moves to the Federal Writ in the United States district court, to seek any and all relief. As the issues raised upon his federal writ, the trial Judge had a bias against his trial attorney of which was so Critical to the Petitioner, that throughout the whole trial Petitioner was deprived of his rights as guaranteed by the 6th Amendment of the United States not only a fair trial, but the Case itself. Petitioner trial Counsel was ineffective to the assistance of Counsel in violation of the 6th Amendment to the United States Constitution. Petitioner trial was unfair throughout the whole case even in itself the impartiality of the Jury Panel.

Petitioner, is no expert at the law of which Petitioner does not fully understands, was not aware of such limitations to the his violations of the Constitution. Petitioner had a retained lawyer throughout his appeal and at no time did lawyer advice with the Proffessional legal advise that Petitioner was relieing on for the legal advise and Proffessional legal help. Petitioner only seeks the relief of the illegal confinement due to the unfairness of trial, throughout the whole case.

### CONCERNING THE NEED FOR EVIDENTIARY HEARING

Petitioner illegal confinement, and unfairness of a fair trial violates his consutional rights. Petitioner raises the issue of Juror misconduct of which is undisputed in this case, where that Court Appointed Attorney Robert Mendoza was again ineffective at trial, who brought up the assertion of juror misconduct lying on the ver dire examination. The ineffectiveness of the attorney at hand was so critical to the petitioner that in order to back the partiality of it, that it was never raised and undisputed facts of the totality of the Juror disqualification to serve on the Jury Panel. An evidentiary hearing should be warranted on this undisputed fact, and this Court should rely upon the case itself, with eye toward justice and the fairness of a trial. Allegations of this case should be considered due to the lack of representation of the trial counsel, and the appeal attorney, besides keeping the petitioner unaware of such limitations to the violation of his Constitutional rights. To the under standing of the Petitioner the United States Constitution Amendment has no limitation, and affords the right to counsel and the fairness requirements of a Juror.

### REASON TO GRANT RELIEF

Petitioner has been denied his rights to a fair trial of a direct appeal in cause no. 2740. An indigent accused is denied the effective assistance of counsel at a Pivnial Stage of Criminal Process when his court appointed lawyer failed to represent him, further more retained lawyer of appeal not given the legal advise, of the procedure and time limits. At such time Petitioner was not given a "Fair Bite at the apple" or any apple, because petitioner relied on retained lawyer to perform on appeal as well as to give his best advise of the procedure, throughout the prosecution in this criminal case a act which is guaranteed by the 6th Amendment of the United States Constitution, petitioner in a Criminal case is entitled to reasonably effective assistance of counsel, petitioner relied on one "one bite at the apple" couldn't be given or in the best interest of petitioner. Petitioner never had any proffessional legal help as law requires he never had transcripts or any type of statement of facts to fight and file one properly writ on time. Case 309. F Supp. 1335 was appealed, court held where basis of habeus corpus relief is denial of counsel or denial of the effective assitance of counsel. Showing of some chance of success is not the requisite, reversed and remanded. This instant case pertains to the petitioner. If habeus corpus court finds that Petitioner was denied the effective assitance of counsel, court must allow an out of time filing.

### PRAYER AND CONCLUSION

Petitioner, prays that this Court grant relief and further order this case reversed and allow any undisputed facts a fair trial. Petitioner prays that this Court makes its finding without the necessity of in evidentiary hearing, and order the Respondent to Response to the allegations of the case.

(2)

Respectfully Submitted,

/s/ *George Longoria*
(Petitioner)

George Longoria
Number 00702917
William P Clements unit
9601 Spur 591
Amarillo Texas
79107

## CERTIFICATE OF SERVICE

I Petitioner George Longoria do hereby certify that a true and correct copy of Petitioner's Written objection to Magistrates Recommendation, was duly delivered and placed in the United States Mail via Hand Postage, and mailed to the United States District Court for the Southern District of Texas Brownsville Division, Brownsville Texas 78520 on this the 6th day of September the year 2001.

*George Longoria* #701911
(Petitioner)

George Longoria
Number 00702917
William P Clements unit
9601 Spur 591
Amarillo Texas
79107