9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED
SEP 25 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk M. Gary

| | | |
|---|---|---|
| GEORGE LONGORIA, | § | |
|    Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-030 |
| | § | |
| GARY L. JOHNSON, DIRECTOR, TEXAS | § | |
| DEPARTMENT OF CRIMINAL JUSTICE, | § | |
| INSTITUTIONAL DIVISION, | § | |
|    Respondent. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION AND DISMISSING PETITION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of August 27, 2001 should be adopted and the petition be dismissed.

DONE in Brownsville, Texas, on this 24th day of September 2001.

Filemon B. Vela
United States District Judge