IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

11

United States District Court
Southern District of Texas
FILED

OCT 16 2001

Michael N. Milby
Clerk of Court

GEORGE LONGORIA,
    Petitioner

V.

CARY JOHNSON and
THE STATE OF TEXAS.
    Respondent.

File # B-01-030

NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Notice is hereby given that George Longoria, Petitioner in the above named case, hereby appeals to the United States Court of Appeals for the 5th Circuit from the denial of Petitioner's Application for the WRIT OF HABEUS CORPUS entered in Cause No. B-01-030 on the 24th day of September, 2001.

George Longoria
Signature of Petitioner