IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 01-41224

GEORGE LONGORIA

    Petitioner - Appellant

v.

STATE OF TEXAS

    Respondent - Appellee

CAB-01-30

U.S. COURT OF APPEALS
FILED
JAN 7 2002
CHARLES R. FULBRUGE III
CLERK

United States District Court
Southern District of Texas
FILED
JAN 1 4 2002
Michael N. Milby
Clerk of Court

Appeal from the United States District Court for the
Southern District of Texas, Brownsville

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of January 7, 2002 for want of prosecution. The appellant failed to timely file motion for Certificate of Appealability and Brief in Support.

    CHARLES R. FULBRUGE III
    Clerk of the United States Court
    of Appeals for the Fifth Circuit

By: _____
    Nancy Dolly, Deputy Clerk

    FOR THE COURT - BY DIRECTION

DIS-2

true copy
Test
Clerk, U.S. Court of Appeals
By _____
Deputy
New Orleans, Louisiana    JAN - 2002

# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

January 7, 2002

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

      No. 01-41224 Longoria v. State Of Texas
      USDC No. B-01-CV-30

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits to be returned at a later date.

                            Sincerely,

                            CHARLES R. FULBRUGE III, Clerk

                  By:  _____
                          Nancy Dolly, Deputy Clerk
                          504-310-7683

cc: w/encl:
    Mr George Longoria
    Ms Denise Ana Villarreal

MDT-1