IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

AUG 0 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk D. Ahumada

| | |
|---|---|
| GEORGE LONGORIA,<br>  Petitioner,<br><br>VS.<br><br>GARY L. JOHNSON, Director of Texas<br>Department of Criminal Institutional<br>Division,<br>  Respondent. | §<br>§<br>§<br>§<br>§  CIVIL ACTION NO. B-01-030<br>§<br>§<br>§<br>§<br>§ |

## ORDER DENYING PETITIONER'S SUCCESSIVE
## MOTION FOR CERTIFICATE OF APPEALABILITY

Pending before the Court is Motion for Certificate of Appealability (Docket No. 14) filed by pro se petitioner, George Longoria ("Longoria"), on June 28, 2004.

Longoria filed a petition for writ of habeas corpus (Docket No. 1) on January 11, 2001, pursuant to 28 U.S.C. § 2254 seeking to have his ninety-nine year sentence for murder set aside. Respondent ("Director") filed a Motion to Dismiss (Docket No. 6) claiming Longoria's petition was time barred. On August 28, 2001, United States Magistrate Judge John Wm. Black recommended that the petition be dismissed as time barred (Docket No. 7). United State District Judge Filemon B. Vela adopted the recommendation and dismissed the petition on September 24, 2001 (Docket No. 9).

Longoria filed a Motion for Certificate of Appealability (Docket No. 10) on October 16, 2001, which was denied by Judge Vela on October 19, 2001 (Docket No. 12). Longoria filed a Notice of Appeal (Docket No. 11). The Fifth Circuit dismissed Longoria's appeal on January 2, 2002, for want of prosecution (Docket No. 13). Longoria filed the instant Motion for Certificate of Appealability on June 28, 2004.

Longoria failed to file his Certificate of Appealability and Brief in Support with the Fifth Circuit, resulting in dismissal of his appeal. Longoria now files a second COA, more than three years later, asserting the same constitutional argument which he presented to the court in his original time barred petition. Longoria fails to set forth new facts or arguments that would warrant the relief he is seeking.

IT IS hereby ORDERED that Longoria's Motion for Certificate of Appealability be DENIED.

Signed this 5th day of August, 2004.

_____
Andrew S. Hanen
United States District Judge